**EXHIBIT LIST**

| | |
|---|---|
| Exhibit A: | Deposition Testimony of Vandiebilt Mathews |
| Exhibit B: | Deposition Testimony of Shakia Davis |
| Exhibit C: | Deposition Testimony of Timothy Alexander |
| Exhibit D: | Deposition Testimony of James MacMeekim |
| Exhibit E: | Deposition Testimony of Joseph Young |
| Exhibit F: | Deposition Testimony of Tim Antes |
| Exhibit G: | Deposition Testimony of Angel Marrero |
| Exhibit H: | Deposition Testimony of James Crofoot |
| Exhibit I: | Deposition Testimony of Scott Dakin |
| Exhibit J: | Deposition Testimony of Jared Goostrey |
| Exhibit K: | Deposition Testimony of John Kludy |
| Exhibit L: | MDOC Use of Force Policy |
| Exhibit M: | Marrero's Critical Incident Report |
| Exhibit N: | Doctored Critical Incident Report |
| Exhibit O: | Employee Disciplinary Report |
| Exhibit P: | Deposition Testimony of Nicholas Cusack |
| Exhibit Q: | Deposition Testimony of Sherry Burt |
| Exhibit R: | DeLuzio v. Monroe County |
| Exhibit S: | Landis v. Baker |
| Exhibit T: | Affidavit of Vandiebilt Mathews |
| Exhibit U: | Michigan Civil Service Commission Job Description: Prison Counselor |
| Exhibit V: | Nelson v. Choi |
| Exhibit W: | Bolin v. GM, LLC |